RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Jose Roberto

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE ROBERTO,<br><br>            Defendant. | Case No. 2:18-mj-878-PAL<br><br>**STIPULATION TO CONTINUE BENCH TRIAL**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Jose Roberto, that the bench trial currently scheduled on November 21, 2018, at the hour of 8:45 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.     Counsel for the defendant needs the additional time to review, investigate, and discuss the case with Mr. Roberto.

2.     The defendant is not in custody and does not oppose a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

This is the first request for a continuance of the bench trial.

DATED this 9th day of November, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| /s/ Monique Kirtley<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | /s/ Kevin Douglas Schiff<br>By_____<br>KEVIN DOUGLAS SCHIFF<br>Assistant United States Attorney |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>JOSE ROBERTO,<br><br>            Defendant. | Case No. 2:18-mj-878-PAL<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    Counsel for the defendant needs the additional time to review, investigate, and discuss the case with Mr. Roberto.

2.    The defendant is not in custody and does not oppose a continuance.

3.    Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

# CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, title 18, United States Code, Section 3161(h)(7)(A), when considering the facts under Title 18, United States Code, §§ 316(h)(7)(B) and 3161(h)(7)(B)(iv).

# ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, November 21, 2018 at 8:45 a.m., be vacated and continued to January 30, 2019, at 8:45 a.m.

DATED this 14th day of November, 2018.

                                                                           _____
                                                                           UNITED STATES MAGISTRATE JUDGE